UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CR-ZLOCH
18 U.S.C. § 911
18 U.S.C. § 1542

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )
vs.                        )
                           )
JUDE CHARLES FREDERICK,    )
                           )
         Defendant.        )
_____)

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about January 21, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JUDE CHARLES FREDERICK,**

an alien, did falsely and willfully represent himself to be a citizen of the United States, in that he presented a birth certificate from the State of Michigan, claiming this to be his own birth certificate, in an attempt to induce and secure the issuance of a United States passport, in violation of Title 18, United States Code, Section 911.



## COUNT II

On or about January 21, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JUDE CHARLES FREDERICK,**

did knowingly and willfully make a false statement in an application for a passport with intent to induce and secure, for his own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated his place of birth was Detroit, Michigan, and that he was a United States citizen, when in truth and in fact, and as the defendant then and there well knew, he was not born in Detroit, Michigan and was not a citizen of the United States, in violation of Title 18, United States Code, Section 1542.

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JUDE CHARLES FREDERICK

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:
New Defendant(s)       Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

**Court Division**: (Select One)

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect    _English_

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days      _X_     Petty      ___
   II   6 to 10 days     ___     Minor      ___
   III  11 to 20 days    ___     Misdem.    ___
   IV   21 to 60 days    ___     Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

*Penalty Sheet(s) attached

REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: JUDE CHARLES FREDERICK   No.: _____

Count # 1:

False Claim of Citizenship; in violation of 18 U.S.C. § 911

*Max Penalty:   3 years' imprisonment; $ 250,000 fine

Count #:

False Statement in Application; in violation of 18 U.S.C. § 1542

*Max Penalty:   10 years' imprisonment; $ 250,000 fine

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96