AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BRUCE O. BROWN     SPECIAL AGENT DAVID ORDONEZ (305) 536-5781

# United States District Court

____SOUTHERN____ DISTRICT OF ____FLORIDA____

UNITED STATES OF AMERICA

V.

Jude Charles Frederick

## WARRANT FOR ARREST

# 00-6107

**CASE NUMBER:**  CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest_____Jude Charles Frederick_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) False claim of citizenship and false statement in application for passport,

in violation of Title 18 United States Code, Section(s) 911 and 1542_____

Lurana S. Snow_____
Name of Issuing Officer

_Benny Butler_____
Signature of Issuing Officer

Bail fixed at $ *Pretrial Detention Requested*

United States Magistrate Judge_____
Title of Issuing Officer

April 27, 2000, Fort Lauderdale, Florida_____
Date and Location

by _Lurana S. Snow, United States Magistrate Judge_
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  |  |  |

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

INFORMATION COPY ONLY
MAKE RETURN ON
ORIGINAL WARRANT WITH
UNITED STATES MARSHAL

AO 442 (Rev  12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: ___JUDE CHARLES FREDERICK_____

ALIAS: _____

LAST KNOWN RESIDENCE:__3700 N. 56th Avenue, # 1033, Hollywood, Florida 33021_____

LAST KNOWN EMPLOYMENT: Dade County Public Schools_____

 PLACE OF BIRTH:_____Trindad and  Tabago_____

DATE OF BIRTH:_____01-26-67_____

SOCIAL SECURITY NUMBER:_____

HEIGHT:_____6'_____    WEIGHT:  _____

SEX:  _____Male_____    RACE:_____

HAIR: _____Black_____ EYES:  _____Brown_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:_____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS:_____Department of State_____

_____51 S.W. First Avenue, Miami, Florida 33130