FILED by _____ D.C.
MAY 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CR-Zloch

UNITED STATES OF AMERICA

vs

Jude Charles Frederick

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 5-24-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/XXXXtained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date.

DEFENDANT: Address: See Bond

Telephone: _____

DEFENSE COUNSEL: Name: FPD

Address: _____

Telephone: _____

BOND SET/XXXXXXXD: $ 100,000 PSB

Bond hearing held: yes __X__ no ____ Bond hearing set for _____

Dated this __9__ day of __May__ 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By: _____
Deputy Clerk

Tape No. 00-033

cc: Clerk for Judge
    U. S. Attorney

5