| | | | |
|---|---|---|---|
| DEFT: | Jude Charles Frederick | CASE NO: | 00-6107-CR-Zloch |
| AUSA: | Bruce Brown | ATTNY: | Farnsworth |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | 100,000 PSB |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

BOND SET @     # 100,000 PSB

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by _____ D.C.
MAY 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed. *must furn curr + by day Wednesday*
3) Surrender and/or do not obtain a passport/travel documents.
4) Rpt to PTS as directed/for _____ X's a week/month by phone; _____ X's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: S. Fla, Dade + Broward Counties
12) Halfway House
Electronic Monitoring
*reside at current address, no illegal drugs or expressed alcohol*

√ - advised of charges
√ - sworn for counsel

√ - partially indigent
$500 into Registry
√ Ct. W/in 30 days
√ - sworn √

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:       DATE:       TIME:       JUDGE:
_____ Status Conference  5-24-00  11:00 am  Snow
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE re partial indigent  6-8-00  11:00 am  BSS
DATE: 5-9-00   TIME: 11:00 am   TAPE # 00-034   PG # 16
456-990