FILED by D.C.
MAY 10 2000
CLARENCE MADDOX
CLERK US DIST CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 60653-004

UNITED STATES OF AMERICA
Plaintiff

Case Number: cr 00-6107-CR-ZLOCH
REPORT COMMENCING CRIMINAL ACTION

-vs-

JUDE CHAS. FREDERICK
Defendant

TO: Clerk's Office — MIAMI / **FT. LAUDERDALE** / W. PALM BEACH
U.S. District Court (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 5-8-2000 am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: ~~BANK FRAUD~~ FALSE CITIZENSHIP FALSE STATEMENT PASSPORT

(4) U.S. Citizen: [ ] Yes [X] No [ ] Unknown

(5) Date of Birth: 1-26-67

(6) Type of Charging Document: (check one)
[ ] Indictment [ ] Complaint To be filed/Already filed
Case#

[ ] Bench Warrant for Failing to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: SD/FL.

COPY OF WARRANT LEFT WITH BOOKING OFFICER: [ ] YES [ ] NO

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date: (9) Arresting Officer:

(10) Agency: U.S.C. (11) Phone:

(12) Comments:

10