AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BRUCE G. BROWN    SPECIAL AGENT DAVID ORDONEZ (305) 536-5781

# *United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

Jude Charles Frederick

## WARRANT FOR ARREST

# 00-6107

**CASE NUMBER:**  CR-ZLOCH

TO:    **The United States Marshal
and any Authorized United States Officer**

MAGISTRATE JUDGE
SELTZER

YOU ARE HEREBY COMMANDED to arrest_____ Jude Charles Frederick _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) False claim of citizenship and false statement in application for passport,

in violation of Title 18 United States Code, Section(s) 911 and 1542

Lurana S. Snow
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

April 27, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pretrial Detention by Lurana S. Snow, United States Magistrate Judge

Requested

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ <br> Ft Lauderdale, FL |

| DATE RECEIVED <br> 4/27/2000 | NAME AND TITLE OF ARRESTING OFFICER <br><br> James A. Tassone, USM <br> FOR:   USC | SIGNATURE OF ARRESTING OFFICER <br><br> Fred DePompa, SDUSM |
|---|---|---|
| DATE OF ARREST <br> 5/09/2000 | | |

13