UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6107-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUDE FREDERICK,

Defendant.

_______________________________/

NIGHT BOX
FILED
MAY 15 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TRAVEL TO MIDDLE DISTRICT OF FLORIDA**

COMES NOW the defendant Jude Frederick, by and through his undersigned attorney, and files his Unopposed Motion To Extend Travel To Middle District of Florida, and states as follows:

1. The defendant is charged by indictment with falsely representing himself to be a U.S. Citizen and making a false statement in a passport application.

2. On May 9, 2000, United States Magistrate Judge Barry S. Seltzer, set a $100,000 personal surety bond releasing the defendant. As a special condition of that bond, the defendant must not travel outside the Southern District of Florida.

3. The defendant's fiancee, Lisa Marie Yearwood, lives in Kissimmee, Florida. Kissimmee is in Osceola County, in the Middle District of Florida. Her full address is 602 Wallaby Lane, Kissimmee, Florida 34759. Her phone number is (941) 427-1189.



4. The defendant respectfully requests that the Court modify the conditions of the defendant's bond to permit travel to the Middle District of Florida. This travel will allow the defendant to continue to travel to visit his fiancee in Kissimmee.

5. The undersigned has spoken with Assistant United States Attorney Bruce Brown who has advised that he has no objection to the Court granting this motion.

WHEREFORE the defendant prays that this court grant this motion and modify the defendant's bond to permit travel to the Middle District of Florida.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: ______________________
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 15TH day of May, 2000, to Bruce Brown, Assistant United States Attorney at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Martin J. Bidwill