UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6107-CR-ZLOCH
Magistrate Judge Seltzer

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUDE FREDERICK,

    Defendant.

_____/

## ORDER

THIS MATTER having come before the Court upon the Defendant's Unopposed Motion To Extend Travel To The Middle District of Florida, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's Unopposed Motion To Extend Travel To The Middle District of Florida is GRANTED. The defendant's bond conditions are modified to permit travel to the Middle District of Florida. The defendant shall notify Pretrial Services in advance of his travel to the Middle District of Florida and provide a contact telephone number.

DONE AND ORDERED this 16th day of May, 2000, at Fort Lauderdale, Florida.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:  Martin J. Bidwill, AFPD
     Bruce Brown, AUSA
     Pre-Trial Services