HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT SEAN FITZGERALD THOMPSON    CASE NO: 00-6114-CR-ZLOCH
AUSA LYNN ROSENTHAL /Hummel    ATTY FPD Smargon

Disc going out - possible plea    00-024
June 7 for motions               @ 1478

DEFT JOEL HERNANDEZ-CASTELLANOS    CASE NO: 00-6112-CR-ZLOCH
AUSA BERTHA MITRANI /Hummel    ATTY FPD Wilcox

Disc out - No pending motions - No tape
possible plea - 6-7 for motions    @ 1520

DEFT MARIO ALVAREZ    CASE NO: 00-6096-CR-DIMITROULEAS
AUSA LARRY BARDFELD /Hummel    ATTY FRANK RUBIO - plea

pres Juan Gonzalez, Esq. for Omar Campos
Disc out - possible plea - 6-7 for moti    @ 1566

DEFT JUDE CHARLES FREDERICK    CASE NO: 00-6107-CR-ZLOCH
AUSA BRUCE BROWN /Hummel    ATTY FPD Smargon

Disc out - No tape - poss. plea
                                @ 1614

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DATE 5/24/00    TIME 10:00