UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6107-CR-ZLOCH

**UNITED STATES OF AMERICA**

      **v.**

**JUDE CHARLES FREDERICK**

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE                                    COURTROOM A
299 E. BROWARD BLVD.          DATE & TIME:
FT. LAUDERDALE, Fl, 33301    June 19, 2000, at 9:00 AM

**CALENDAR CALL - RESET BY COURT**

                                              CLARENCE MADDOX
                                              CLERK OF COURT

                                              BY DEPUTY CLERK

DATE: May 25, 2000

cc:
Bruce Brown, Esq., AUSA
Martin Bidwill, Esq., AFPD

