UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6107-CR-ZLOCH

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

JUDE CHARLES FREDERICK,  :

    Defendant.  :

FILED by _____ D.C.
MAY 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on May 24, 2000. At that conference, the parties informed the Court as follows:

    1.  Discovery was sent on the date of the status conference.

    2.  Counsel for the defendant shall have until June 7, 2000, within which to file pretrial motions.

    3.  This case likely will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 25th day of May, 2000.

                      LURANA S. SNOW
                      UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Bruce Brown (FTL)
Federal Public Defender's Office (FTL)