UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6107-CR-ZLOCH

UNITED STATES OF AMERICA

     v.

JUDE CHARLES FREDERICK

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM A
DATE & TIME:
July 11, 2000 at 9:30 AM

CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: June 16, 2000

cc:
Bruce Brown, Esq., AUSA
Martin Bidwill, Esq., AFPD