UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6107-CR-ZLOCH

FILED BY _____ D.C.
JUL 1 0 2000

UNITED STATES OF AMERICA

v.

JUDE CHARLES FREDERICK

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                          COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, FL 33301        July 25, 2000 at 9:30 AM

RESET OF CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE
ZLOCH WILL ASK FOR A CONFESSION


CLARENCE MADDOX
CLERK OF COURT

_[signature]_
BY DEPUTY CLERK

DATE: July 10, 2000

cc:
Bruce Brown, Esq., AUSA
Martin Bidwill, Esq., AFPD