UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUL 25 2000
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6107-CR-Zloch  DATE 7-25-00

CLERK Carline Measley  REPORTER Carl Schanzleh

PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Jude Charles Frederick

U. S. ATTORNEY Kathleen Rice  DEFT COUNSEL Martin Bidwill for Bruce Brown

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 10-20-00  TIME 10:30  FOR Sentencing

MISC Written Plea Agreement -