# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT __Florida__

RECEIVED & FILED IN OPEN COURT ON 7-26-00 AT Ft. Laud, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

__00-6107-Cr-Zloch__

Defendant's Waiver of Preparation of Presentence Investigation and Report

__USA v. Jude Charles Frederick__

I, __Jude Charles Frederick__, hereby waive
(Name of Defendant)

my right to have the probation officers of the United States district courts conduct a presentence investigation for presentation to the sentencing court. This investigation and report which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form.

__7/25/00__ (Date)     _____ (Signature of Defendant)

__7/25/00__ (Date)     _____ (Defendant's Attorney)

Prob 13C (10/76)



26