UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
JUL 2 6 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6107-CR-Zloch    DATE 7-26-00
CLERK Carline Newby    REPORTER Carl Schanzleh
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. Jude Charles Frederick

U. S. ATTORNEY Kathleen Rice    DEFT COUNSEL Martin Bidwell
Esq Bruce Brown

DEFENDANT: (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 - 1 yr Probation
$100 assessment - If deported
Not Re-enter w/o prior express
permission of A.G. Non-reporting
JUDGMENT If deported - If Re-enters
Report w/in 24 hrs to Prob -
FPD appointed.

CASE CONTINUED TO _____    TIME _____    FOR _____

MISC _____

27